# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BERNARDO ARROYOS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | NO. CV 08-4468 FMO<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that plaintiff be awarded attorney's fees and costs in the amount of Five-Thousand and Twelve dollars and sixty-five cents (**$5,012.65**) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated this 30th day of December, 2009.

                                                                /s/
                                          Fernando M. Olguin
                                United States Magistrate Judge